

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 4 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBINO CRECENCIO GALVEZ,<br><br>Defendant. | Case No. 2:24-mj-6466<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

    On October 24, 2024, Defendant Albino Crecencio Galvez made his initial appearance on the petition for revocation of supervised release and warrant for arrest pending in the Western District of Texas. The Office of the Federal Public Defender, by Claire Kennedy, was appointed to represented him. The government was represented by Assistant U.S. Attorney Aylin Kuzucan.

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The allegations in the Petition, as well as Mr. Crecencio Galvez's decision not to interview with the Pretrial Services office, which leaves the Court no information about his community ties, housing, employment, available sureties, or any other information.

B. ☐ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

*Given the above, the Court need not make a finding as to dangerousness.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 24, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE